```
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND
```

TECHNICAL FURNITURE GROUP, LLC.  *

       Plaintiff       *

       vs.                * CIVIL ACTION NO. MJG-06-3424

CBT SUPPLY, INC., et al.   *

       Defendants     *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM AND ORDER

The Court has before it Defendants' Motion to Designate this Action as a Related Case And to Reassign Case to Judge Marvin J. Garbis [Paper 12] and the materials submitted relating thereto. The Court finds that neither a response nor a hearing is necessary.

The instant case presents issues that duplicate and/or overlap those presented in <u>Smartdesks, Inc. v. CBT Supply, Inc</u>, MJG-05-3456. It is perfectly clear that the two cases should be assigned to the same judge to avoid duplication of judicial effort and to promote effective case management.

For the foregoing reasons:

    1. Defendants' Motion to Designate this Action as a Related Case And to Reassign Case to Judge Marvin J. Garbis [Paper 12] is GRANTED.

    2. The instant case has been reassigned to the undersigned Judge and shall be identitied as MJG-06-3424.

3.  The Court promptly shall confer with counsel regarding the coordination of this case with MJG-05-3456.

SO ORDERED, on **Wednesday, January 31, 2007**.

                                           / s /
                                 Marvin J. Garbis
                     United States District Judge