FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

'07 MAY -8  A 11: 40

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TECHNICAL FURNITURE GROUP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CBT SUPPLY, INC., *et. al.*, | ) Civil Action No.: 1:06-CV-03424 WDQ |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned and the law firm of Seyfarth Shaw LLP, pursuant to Local Rule 101.2, and upon the entry of appearance by Steven E. Tiller, Esq. for all Defendants, respectfully move for leave to withdraw their appearance as counsel for Defendants CBT Supply, Inc. ("CBT") and Jeffrey Korber ("Korber") in this action. Seyfarth Shaw LLP and all Seyfarth Shaw attorneys who have entered appearances remain counsel for CBT and Korber in the related case, *Smartdesks, Inc., et al. v. CBT Supply, Inc., et al.*, Case No. 1:05-CV-03456 MJG, which is also pending in this Court

                                                Respectfully submitted

                                                Seyfarth Shaw LLP

                                                /s/ James M. Mesnard
                                                James M. Mesnard
                                                Bar No. 4072
                                                Seyfarth Shaw LLP
                                                815 Connecticut Avenue, N.W., Suite 500
                                                Washington, D.C. 20006
                                                Telephone - (202) 463-2400
                                                Facsimile - (202) 828-5393
                                                jmesnard@seyfarth.com

May 3, 2007                                 ATTORNEY FOR CBT SUPPLY, INC.,
                                                AND JEFFREY KORBER

SO ORDERED, on **Monday, May 7, 2007**

                                                /s/
DC1 30197727.1 / 39972-000005                Marvin J. Garbis
                                     United States District Judge