```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND


SMARTDESKS, INC., ET AL.        *

     V.                         *   CIVIL NO. MJG-05-3456

CBT SUPPLY, INC., ET AL.        *
_____

TECHNICAL FURNITURE GROUP,      *
ET AL.
                                *   CIVIL NO. MJG-06-3424
     V.
                                *
CBT SUPPLY, INC., ET AL.
                                *
```

## O R D E R

Having received and reviewed Defendants' Request to Strike Plaintiffs' Renewed Motion for Sanctions, this Court strikes Plaintiffs' Renewed Motion (Paper No. 99 in Technical Furniture) and <u>sua</u> <u>sponte</u> strikes the same motion (Paper No. 250 in Smartdesks) as violative of this Court's letter order of November 8, 2007 (Paper No. 94), which specifically required good faith consultation with defense counsel before filing any motion with, or seeking any relief from, the Court.  Additionally, plaintiffs' counsel's action is directly contrary with the spirit and letter of our Local Rules and Discovery Guidelines.  <u>See</u> Local Rules 104.7 (Counsel shall confer with one another concerning a discovery dispute and make sincere attempts to resolve the differences between them.  The Court will not consider any discovery motion unless the moving party has filed a certificate reciting (a) the date, time and place of the discovery

conference, and the names of all persons participating therein, or (b) counsel's attempts to hold such a conference without success; and (c) an itemization of the issues requiring resolution by the Court.) and 105.8 (The Court expects that motions for sanctions will not be filed as a matter of course. The Court will consider in appropriate cases imposing sanctions upon parties who file unjustified sanctions motions.) Discovery Guidelines: Guideline 1 (c) (Attorneys are expected to behave professionally and with courtesy towards all involved in the discovery process, including but not limited to opposing counsel, parties and non-parties.) and Guideline 1 (d) (Whenever possible, attorneys are expected to communicate with each other in good faith throughout the discovery process to resolve disputes without the need for intervention by the Court.)

Based on this violation and under 28 U.S.C. § 1927, its inherent power and Local Rule 105.8, the Court awards defendants reasonable expenses from plaintiffs in the amount of $500.00 for the expenses associated with the filing of this Request to be paid by December 15, 2007. If plaintiffs wish to be heard on this award, they should file a submission by December 3, 2007; no response by defendants is necessary.

It is so ORDERED this ___21st___ day of November, 2007.

                              _____/s/_____
                              Susan K. Gauvey

                                    United States Magistrate Judge