```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND
```

TECHNICAL FURNITURE             *
   GROUP, LLC, et al.
                                  *
      Plaintiffs
                                  *
     vs.                  CIVIL ACTION NO. MJG-06-3424
                                  *
CBT SUPPLY, INC., et al.
                                  *
      Defendants
\*     \*     \*     \*     \*     \*     \*     \*     \*

## JUDGMENT ORDER

By Memorandum of Decision issued August 11, 2008 [Document 165] the Court has resolved the claims presented in Counts I and II. By separate Order issued this date, the Court has dismissed the Third Party Complaint and severed Counts III and IV from the instant case.

    Accordingly:

        1.    Judgment shall be, and hereby is, entered in favor of Defendants against Plaintiffs dismissing all claims in Counts I and II with prejudice with assessable costs.

        2.    The Court decides and declares that:

            a.    Defendants Jeffrey Korber and James Babcock are co-inventors, with Peter Stengel, of United States Patent 7,047,890 and Plaintiff Thomas White is not a co-inventor of said patent.

            b.    Defendant Jeffrey Korber is a co-inventor, with Peter Stengel, of United States Design Patent D541,084 and Plaintiff Jasen Stengel is not a co-inventor of said design patent.

3.  Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

4.  This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED on Wednesday, October 1, 2008.

                        _____/ s /_____
                        Marvin J. Garbis
                    United States District Judge